UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| QBE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ARCH SPECIALTY INSURANCE COMPANY, et al.,<br><br>    Defendants. | Case No. 17-cv-03843-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |
|---|---|

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT[1] | 1/10/2018 |
| DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT | 2/7/2018 |
| PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT | 2/28/2018 |
| DEFENDANTS' REPLY IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT | 3/14/2018 |
| HEARING ON CROSS- MOTIONS FOR SUMMARY JUDGMENT | 4/3/18 at 2:00 PM |

\\

\\

\\

\\

\\

---

[1] The Court hereby **WAIVES** its pre-filing conference requirement.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: November 7, 2017

_____
**YVONNE GONZALEZ ROGERS**
**United States District Judge**