# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **QBE SPECIALTY INSURANCE COMPANY,**<br><br>Plaintiff,<br><br>vs.<br><br>**UNITED SPECIALTY INSURANCE COMPANY, ET AL.,**<br><br>Defendants. | CASE NO. 17-cv-03843-YGR<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 35 |

On February 7, 2018, defendants United Specialty Insurance Company and First Mercury Insurance Company filed: (1) an opposition to plaintiff's motion for partial summary judgment (Dkt. No. 34); and (2) a separate motion for summary judgment (Dkt. No. 35 ("Motion")). The Court's Standing Order in Civil Cases ("Standing Order") provides: "Any cross-motion for summary judgment shall be *contained within the opposition to any motion for summary judgment*, shall contain twenty-five (25) pages or less, and shall be filed fourteen (14) days after the filing of the motion." (Standing Order, Section 9(e) (emphasis supplied).) While the Court, in its November 7, 2017 Case Management and Pretrial Order (Dkt. No. 24), waived its pre-filing conference requirement, it did not otherwise excuse compliance with Section 9. Defendants are hereby **ORDERED TO SHOW CAUSE** why the Court should not strike their Motion for failure to comply with the Court's Standing Order.

No later than **Monday, March 26, 2018 at 9:00 a.m.**, defendants must file a statement responding to this Order, not to exceed **three pages**.

**IT IS SO ORDERED.**

Dated: March 23, 2018

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT COURT JUDGE**